# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE LEINENWEBER** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE SCHENKIER** Magistrate Judge Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 0438 | DATE | August 12, 2008 |
| CASE TITLE | US v. JAMES ATHANS, aka "Meatball", JOSEPH GRILLO, SCOTT CAMPBELL, AND JOSEPH DEMICHAEL | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

---

**GRAND JURY PROCEEDING**

The Grand Jury for the  SPECIAL FEBRUARY 2008-1  Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  *Michael T. Mason*

---

DOCKET ENTRY:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO JAMES ATHANS AND JOSEPH GRILLO. TO SET PRELIMINARY BAIL AT $317,000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO SCOTT CAMPBELL AND JOSEPH DEMICHAEL.

**FILED**
AUG 1 2 2008  NF

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

---

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____  (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | |