Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 438 - 4 | DATE | 08/21/08 |
| CASE TITLE | USA vs. Joseph DeMichael | | |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendant Joseph DeMichael appears in response to indictment issued 8/12/08. Defendant informed of his rights. Government and defendant agree on certain conditions of release. Defendant bound to the Northern District of Illinois. **Arraignment proceedings held.** Defendant waives formal reading and enters a plea of not guilty. Rule 16 conference by 08/26/08. Pretrial motions to be filed by 09/09/08. Response are due by 09/16/08. Status hearing before Judge Leinenweber is set for 09/16/08 at 9:00 a.m. Enter excludable time from 08/21/08 to and including 09/16/08. (X-E)

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|