CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Joseph De Michael
FOR AT: Northern Dist of Il., Eastern Div.

**FILED August 21, 2008 AUG 21 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

LOCATION NUMBER: [blank]

PERSON REPRESENTED (Show your full name): Joseph De Michael

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
- Magistrate: [blank]
- District Court: 08CR438-4
- Court of Appeals: [blank]

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
18 USC 1341 - mail fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Tutorino Pizza, 7543 Montrose Ave. [marriage?]
- IF YES, how much do you earn per month? $600.00
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: $____
- SOURCES: ____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE: ____
- DESCRIPTION: ____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: ____
- List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Cell phone | | $ | $55.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 08/21/2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Joseph De Michael